UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA JAMES ISLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. C10-1056 MJP-JPD<br><br>ORDER LIFTING STAY |

On January 11, 2012, this Court issued an order to Petitioner to show cause why the stay previously entered in this matter should not be lifted. Dkt. No. 20. Petitioner has failed to respond by the deadline of February 13, 2012; therefore

IT IS ORDERED that the stay previously entered in this matter is LIFTED.

The clerk is ordered to provide copies of this order to Petitioner and all counsel.

Dated this 1st day of March, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　United States District Judge