1

2

3

4

5 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

JOSHUA JAMES ISLER,                          )
7                                            )
                              Petitioner,     )      Case No. C10-1056-MJP
8                                            )
            v.                               )
9                                            )      ORDER OF DISMISSAL
ELDON VAIL,                                  )
10                                           )
                              Respondent.     )
11 _____)

12        The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas

13 corpus, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the

14 governing law, and the balance of the record, does hereby find and ORDER:

15        (1)    The Report and Recommendation is ADOPTED;

16        (2)    Petitioner's habeas petition DISMISSED without prejudice for failure to prosecute

17               and for failure to comply with court orders;

18        (3)    Petitioner is DENIED issuance of a certificate of appealability; and

19        (4)    The Clerk of Court is directed to send copies of this Order to petitioner and to

20               Magistrate Judge James P. Donohue.

21        DATED this 29 day of June , 2012.

22

23

                                          MARSHA J. PECHMAN
                                          Chief United States District Judge

ORDER OF DISMISSAL -1